# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 30, 2006

130400-1 & (50)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

EMILE RIHANI, Individually and as
Next Friend of DEENA RIHANI, a minor,
      Plaintiff-Appellee/
      Cross-Appellant,

v

L. D'AGOSTINI & SONS, INC.,
      Defendant-Appellant,

and

GREELEY & HANSEN OF MICHIGAN, LLC,
      Defendant/Cross-Appellee,

and

CITY OF DETROIT,
      Defendant.
_____/

SC: 130400-1
COA: 256921; 256941
Lapeer CC: 02-031545-NO

On order of the Court, the application for leave to appeal the October 25, 2005 judgment of the Court of Appeals and the application for leave to appeal as cross-appellant are considered, and they are DENIED, because we are not persuaded that the questions presented should now be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 30, 2006

_____
Clerk

p0522